No. 77–202. IN RE KADANS. Appeal from Sup. Ct. Nev. dismissed for want of substantial federal question.

No. 77–287. REEL, EXECUTOR v. DEPARTMENT OF REVENUE OF IOWA. Appeal from Sup. Ct. Iowa dismissed for want of substantial federal question.

No. 76–1634. BAER ET VIR, EXECUTORS v. BAER. Appeal from Sup. Ct. Utah dismissed for want of substantial federal question. MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 76–1647. KATZMAN v. FLORIDA. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 76–1681. GOLDEN v. CALIFORNIA. Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.

No. 76–1699. LEADERSHIP HOUSING, INC., ET AL. v. DEPARTMENT OF REVENUE OF FLORIDA. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–1811. TRACY v. OHIO. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.